**[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1211.]**

JUSTICE, ADMR., ET AL., APPELLANTS, *v*. STATE FARM INSURANCE COMPANY, APPELLEE.

**[Cite as *Justice v. State Farm Ins. Co.,* 2002-Ohio-345.]**

*Appeal dismissed as improvidently allowed.*

(No. 00-2156—Submitted December 12, 2001—Decided January 30, 2002.)

APPEAL from the Court of Appeals for Licking County, No. 2000CA29.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

————————————

**COOK, J., dissenting**.

{¶ 2} I respectfully dissent. Instead of dismissing this case as improvidently allowed, I would affirm the judgment of the court of appeals.

————————————

*Calhoun, Kademenos & Heichel Co., L.P.A.,* and *Janet L. Phillips*, for appellants.

*Gallagher, Gams, Pryor, Tallan & Littrell L.L.P.,* and *James R. Gallagher*, for appellee.

————————————